

# SEALED

Office of the United States Attorney
District of Nevada
501 Las Vegas Boulevard South,
Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

DAYLE ELIESON
United States Attorney
CHRISTOPHER BURTON
Assistant United States Attorney
Nevada Bar No. 12940
District of Nevada
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336 / Fax: (702) 388-5087
Christopher.Burton4@usdoj.gov
*Representing the United States of America*



# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

In the Matter of the Search of:

SILVER LG CELLULAR TELEPHONE MODEL LGMS210, SERIAL 705CYGW544775

Case No. 2:17-mj-00964-VCF

**GOVERNMENT'S MOTION TO UNSEAL SEARCH WARRANT AND CASE**

**CERTIFICATION: This Motion is timely filed.**

COMES NOW the United States of America, by and through its attorneys, DAYLE ELIESON, United States Attorney, and Christopher Burton, Assistant United States Attorney, and respectfully moves this Court for an Order to UNSEAL the instant case. Specifically, the undersigned requests to unseal the Search Warrant filed under the instant case and all related documents in anticipation of producing the same as discovery in Case No. 2:18-mj-339-PAL.

**DATED** this 31st day of May, 2018.

Respectfully,

DAYLE ELIESON
United States Attorney

CHRISTOPHER BURTON
Assistant United States Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In the Matter of the Search of:<br><br>SILVER LG CELLULAR TELEPHONE MODEL LGMS210, SERIAL 705CYGW544775 | Case No. 2:17-mj-00964-VCF<br><br>**ORDER TO UNSEAL CASE** |

Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the instant case shall be unsealed.

**DATED** this 6th day of June, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

2